IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

RANDY E. ST. CLAIR d/b/a ST. CLAIR
INDUSTRIES, INC. (a dissolved corporation),

 Defendant.         Case No. 99-cr-30206-DRH

## ORDER

**HERNDON, District Judge:**

 In light of the Court's January 23, 2007 Order (Doc. 80) granting Steven M. "Mike" Stout d/b/a Stout's Productions leave to intervene in the pending garnishment action, the Court now determines that the matter shall be referred to a Magistrate Judge.[1]  As such, the Clerk is hereby directed to refer all further proceedings relative to the debt collection, to a United States Magistrate Judge, pursuant to **28 U.S.C. § 3008**.

 **IT IS SO ORDERED**.

 Signed this 29th day of January, 2007.

            /s/  David  RHerndon
            **United States District Judge**

---

[1] Section 3008 of the Federal Debt Collection Procedure Act allows a district court to "assign its duties in proceedings under this chapter to a United States magistrate judge." **28 U.S.C. § 3008**.