IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,         )
                                  )
    Plaintiff,            ) Case No.99-30206-001-DRH
                                  )
v.                                )
                                  )
Randy E. St. Clair,               )
                                  )
    Defendant.            )

## **ORDER**

Upon motion of the United States of America, and for good cause shown, it is hereby **ORDERED** that Mary Blalock is substituted for Charles Blalock. Furthermore, all restitution payments, including any currently held by the Court, will be made payable to Mary Blalock.

DATED: February 27, 2008.

                    /s/    *David R Herndon*

            Chief Judge, United States District Court