UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 99-30206 |
| ) | |
| v. ) | |
| ) | |
| Randy E. St. Clair, ) | |
| d/b/a St. Clair Industries, Inc. ) | |
| (a dissolved Illinois corporation) ) | |
| Defendant, ) | |
| ) | |
| ==================================== ) | |
| SemCrude, ) | |
| ) | |
| Garnishee. ) | |

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 23, 2008, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee is indebted to Defendant for production payment on well 6000003491, Hazel Calvin/Earlsboro W.U.

On April 30, 2008, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** Garnishee pay the well production payments to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no

longer has custody, possession or control of any property belonging to the Defendant or until further Order of this court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

Dated: May 23, 2008.

/s/     *DavidRHerndon*
DAVID R. HERNDON
Chief District Court Judge