**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **United States of America,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**Randy E. St. Clair,** )<br>**d/b/a St. Clair Industries, Inc.** )<br>**(a dissolved Illinois corporation),** )<br>)<br>    **Defendant,** )<br>)<br>======================)<br>**Sunoco Partners Marketing & Terminals** )<br>**L.P.,** )<br>)<br>    **Garnishee.** ) | Case No. 99-30206-DRH |

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on June 26, 2009, (**Doc 123**) stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and Garnishee is indebted to Defendant for Royalty Interest Payments from an Oil Lease.

On June 23, 2009, (**Doc 124**) the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** Garnishee pay the Royalty Interest Payments to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until

the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this court. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED**

**Dated this 5th day of August, 2009.**

/s/    *DavidRHerndon*
**Chief Judge**
**United States District Court**