IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY E. ST. CLAIR, d/b/a ST. CLAIR INDUSTRIES,<br><br>Defendant. | No. 99-cr-30206-DRH |

## ORDER

**HERNDON, Chief Judge:**

Pending is plaintiff's motion to substitute the name of a restitution party (Doc. 132). Carl Hoos is the successor trustee of the now-deceased Edward Hoos, a payee of the restitution ordered in this case. Thus it is hereby ORDERED that Carl Hoos is substituted for Edward Hoos as payee for restitution in this matter.

**IT IS SO ORDERED.**

Signed this 28th day of July, 2011.

Digitally signed by
David R. Herndon
Date: 2011.07.28
16:12:20 -05'00'

**Chief Judge**
**United States District Court**