UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

  v.

**RANDY E. ST. CLAIR,**
d.b.a. St Clair Industries,

**Defendant.**                      Case No. 99-cr-30206-DRH

## ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby **ORDERED,** Joy Galuska be substituted for Richard Galuska as payee for restitution in this matter, and all further distribution payments are to be made payable to Joy Galuska.

**IT IS SO ORDERED.**

Signed this 9th day of September, 2013.

                                           David R. Herndon
                                           2013.09.09
                                           11:17:32 -05'00'

                                     **Chief Judge**
                                     **United States District Judge**