IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                                                  No. 99-cr-30206-DRH

RANDY E. ST. CLAIR, d/b/a ST. CLAIR INDUSTRIES,

**Defendant.**

### ORDER

**HERNDON, District Judge:**

Pending is plaintiff's motion to substitute the name of restitution payee (Doc 140). Mae Shierling, the now-deceased current payee of restitution payments, stated in her Last Will and Testament that upon her death, restitution shall be distributed in equal share to her daughters Cheryl A. Dreasler and Cynthia J. Bunch (Doc. 140-3, Doc. 140-4). Thus it is hereby **ORDERED** that Cheryl A. Dreasler and Cynthia J. Bunch are substituted as payees for restitution in this matter. Furthermore, all restitution payments, including any currently held by the Court, will be made in equal share payable to Cheryl A. Dreasler and Cynthia J. Bunch.

**IT IS SO ORDERED.**

Signed this 19th day of December, 2014.

*Digitally signed by David R. Herndon*
*Date: 2014.12.19 11:40:56 -06'00'*

**District Judge**
**United States District Court**