IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. 99-cr-30206-DRH

RANDY E. ST. CLAIR, d/b/a ST. CLAIR INDUSTRIES,

Defendant.

## ORDER

**HERNDON, District Judge:**

Pending is plaintiff's motion to substitute the name of restitution payee (Doc 142). Mr. Amos M. Wittmer, the now-deceased current payee of restitution payments, died on December 21, 2015. Mr. Wittmer's next of kin is his wife, Lily Mae Wittmer. Thus it is hereby **ORDERED** that Lily Mae Wittmer is substituted as the payee for restitution payments designated for Mr. Wittmer in this matter. Furthermore, all restitution payments to Mr. Wittmer, including any currently held by the Court, will be made payable to Lily Mae Wittmer.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2017.

*/s/ David R. Herndon*

Judge Herndon
2017.06.27
13:41:22 -05'00'

United States District Judge