IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                        No. 99-cr-30206-DRH

RANDY E. ST. CLAIR, d/b/a ST.
CLAIR INDUSTRIES,

Defendant.

## ORDER

**HERNDON, District Judge:**

Pending is plaintiff's motion to substitute the name of restitution payee (Doc 143). Mr. Charles Ray Porter, the now-deceased current payee of restitution payments, died on April 2, 2013. Mr. Porter's next of kin is his wife, Faye E. Porter. Thus it is hereby **ORDERED** that Faye E. Porter is substituted as the payee for restitution payments designated for Mr. Porter in this matter. Furthermore, all restitution payments to Mr. Porter, including any currently held by the Court, will be made payable to Faye E. Porter.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2017.

Judge Herndon
2017.06.27 13:46:27
-05'00'

United States District Judge